# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEGHAN PIPER JOHNSON, REBECCA PARDUE and RODENELLIE PLUVIOSE, on behalf of themselves and all other persons similarly situated,<br><br>*Plaintiffs,*<br>v.<br><br>BODY & POLE, INC. and KYRA JOHANNESEN,<br><br>*Defendants.* | Case No. 22-CV-00857<br><br>**NOTICE OF MOTION TO CONDITIONALLY CERTIFY AN FLSA COLLECTIVE ACTION AND AUTHORIZE THE ISSUANCE OF NOTICE** |

PLEASE TAKE NOTICE that upon the following memorandum of law, the declaration of Benjamin Rudolph Delson, Esq. with exhibits attached thereto, and all other pleadings and supporting materials filed herein, Plaintiffs hereby move this Court for an order conditionally certifying a Fair Labor Standards Act ("FLSA") collective action and authorizing notice to be issued to all persons similarly situated.

Dated:    New York, New York
          May 31, 2022

                              Respectfully Submitted,

                              GRANOVSKY & SUNDARESH PLLC

                    By:   */s/ Benjamin Rudolph Delson*
                          Benjamin Rudolph Delson
                          Alexander Granovsky
                          48 Wall Street, 11th Fl. / NY, NY 10005
                          delson@g-s-law.com / ag@g-s-law.com
                          (646) 524-6001

                          *Attorneys for Plaintiffs*